OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1R
0006557458
$ 00.26
COA No. 09-12-00576-CR
MAILED FROM ZIP CODE

10/10/2014

PATTERSON, JOHN PATRICK A/K/A CHARLES EMERSON BELL    Tr. Ct. No.
12-13947                PD-0713-14

On this day, the Appellant's pro se redrawn petition for discretionary review has been filed.

Abel Acosta, Clerk

BW 123

JOHN PATRICK PATTERSON
TDC# 1820490
~~FDR UNIT~~ Jefferson Facility VRC
~~FM 247~~ P.O. Box 26007
~~HUNTSVILLE TX~~ Beaumont, Tx
77720